WHEATON *against* SLOSSON.          [\*111]

In an action of *assumpsit*, the *venue* will not be changed on the general affidavit.

TEN BROECK moved to change the *venue*, on an affidavit, that the cause of action arose out of the county.

*Emott*, contra, objected, that this being an action for money had and received, a general affidavit was not sufficient.

*Per Curiam*. It has already been decided, that in *assumpsit*, where the count is general, the court will never change the *venue* on a general affidavit. To entitle the defendant to prevail in his motion, the affidavit must be special, that is, it must state, that the defendant has reason to believe, that special matter is intended to be given in evidence, enumerate the particulars, and declare that it arose in the county to which he would remove the cause, and not elsewhere.

Motion denied.(*a*)

---

KNAPP *against* MEAD.(*b*)

A trial by record is to be brought on by motion, pursuant to a notice of four days, as in other special motions.

THIS being the day assigned for the trial by the record, on which this suit was brought,

*Beers* now moved to bring it on, but it was objected in behalf of the defendant, that there ought to have been a regular notice of trial, of eight days, as in other cases, which had not been given.

\*The court took time to consider how the practice   [\*112] ought to be settled.

*Per Curiam*. The trial by record must, hereafter, always

(*a*) See note (*a*) to *Bentley* v. *Weaver, supra*, vol. 1, p. 241 ; also Grah. Prac 2d ed. 561 *et seq.*; 2 Rev. Stat. 409, § 2.

(*b*) S. C., C. C. 122.